# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **SHERMAN JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **6:14-cv-00380-WWB-GJK** |
| **MIDLAND CREDIT MANAGEMENT, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Midland Credit Management, Inc. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Sherman Jones against Defendant in this matter.

Defendant, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 8th day of April, 2021.

                                              /s/ R. Frank Springfield
                                             R. Frank Springfield (FL Bar # 0010871)
                                             **BURR & FORMAN LLP**
                                             420 North 20th Street, Suite 3400
                                             Birmingham, AL 35203
                                             Telephone: (205) 251-3000
                                             Facsimile: (205) 458-5100
                                             fspringfield@burr.com

                                             Attorney for Defendant
                                             MIDLAND CREDIT MANAGEMENT, INC.

45343453 v1

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 8th day of April, 2021:

| | |
|---|---|
| Michael J. Vitoria<br>Morgan & Morgan, PA<br>One Tampa City Center Ste 700<br>201 N Franklin Street<br>Tampa, FL 33602-5157 | Octavio Gomez<br>Morgan & Morgan, PA<br>One Tampa City Center Ste 700<br>201 N Franklin Street<br>Tampa, FL 33602-5157 |

                                            *s/ R. Frank Springfield*
                                            OF COUNSEL